IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSHUA TILLER                                                                                          PLAINTIFF

vs.                                          CASE NO: 14-CV-4095

MS. M. NASH, *et al*                                                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 27, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 14). Judge Bryant recommends that the Defendants' Motion to Dismiss (ECF No. 9) be granted and that Plaintiff's Complaint be dismissed for failure to state a claim. Plaintiff has filed objections to the Report and Recommendation. (ECF No. 17).

After reviewing the record *de novo*, the Court overrules Plaintiff's objections[1] and adopts Judge Bryant's Report and Recommendation as its own. For the reasons stated herein and above, as well as those contained in the Report and Recommendation (ECF No. 14), Defendants' Motion to Dismiss (ECF No. 9) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. In accordance with Judge Bryant's recommendation, the dismissal of this case will constitute a strike under 28 U.S.C. § 1915(g). The Clerk is directed to place a strike flag on the case.

IT IS SO ORDERED, this 5th day of August, 2015.

                                                                                                    /s/ Susan O. Hickey
                                                                                                    Susan O. Hickey
                                                                                                    United States District Judge

---

[1] Plaintiff's objections repeat the claims made in his Complaint and the arguments made in his response to the Motion to Dismiss. These issues were thoroughly addressed in the Report and Recommendation, and the Court will not repeat that analysis here.